Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
Marie Wrighten (State Bar No. 167221)
mwrighten@rutan.com
Bradley Chapin (State Bar No. 232885)
bchapin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff and Counterdefendant
ALTAIR INSTRUMENTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ALTAIR INSTRUMENTS, INC., a California corporation, | Case No. CV 05-6269 R (PJWx) |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(ii)** |
| vs. | |
| GENESIS BIOSYSTEMS, INC., etc., et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

## STIPULATION OF DISMISSAL

1. On or about August 25, 2005 Plaintiff Altair Instruments, Inc. ("Plaintiff") filed its Complaint against Defendant Genesis Biosystems, Inc. ("Defendant"), alleging patent infringement.

2. On or about October 12, 2005, Defendant filed its Answer and Counterclaims.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant (referred to collectively as the "Parties"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and in light of the executed Settlement Agreement

between the Parties, that this entire action is hereby dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: May 7, 2006

RUTAN & TUCKER, LLP
RONALD P. OINES
MARIE WRIGHTEN
BRADLEY CHAPIN

By: _____
Ronald P. Oines
Attorneys for Plaintiff and
Counterdefendant, ALTAIR
INSTRUMENTS, INC.

Dated: May 9, 2006

CHALKER FLORES, LLP
EDWIN FLORES
DANIEL CHALKER
CHAINEY P. SINGLETON

KU & FONG
H.G. ROBERT FONG

By: _____
Edwin Flores
Attorneys for Defendant and
Counterclaimant, GENESIS
BIOSYSTEMS, INC.

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed by the law office of Rutan & Tucker, LLP in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 611 Anton Boulevard, Fourteenth Floor, Costa Mesa, California 92626-1931.

On May 9, 2006, I served on the interested parties in said action the within:

**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(ii)**

by placing a true copy thereof in sealed envelope(s) addressed as stated below:

Edwin Flores, Esq.
Daniel J. Chalker, Esq.
Chainey P. Singleton
Chalker Flores LLP
2711 LBJ Freeway, Ste. 1036
Dallas, TX 75234
Telephone: (214) 866-0001
Facsimile: (214) 866-0010
**Attorneys for Defendant Genesis Biosystems, Inc.**

H.G. Robert Fong, Esq.
Ku & Fong
523 W. 6th Street, Suite 707
Los Angeles, CA 90014
Telephone: (213) 488-1400
Facsimile: (213) 236-9236
**Attorneys for Defendant Genesis Biosystems, Inc.**

In the course of my employment with Rutan & Tucker, LLP, I have, through first-hand personal observation, become readily familiar with Rutan & Tucker, LLP's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice I deposited such envelope(s) in an out-box for collection by other personnel of Rutan & Tucker, LLP, and for ultimate posting and placement with the U.S. Postal Service on that same day in the ordinary course of business. If the customary business practices of Rutan & Tucker, LLP with regard to collection and processing of correspondence and mailing were followed, and I am confident that they were, such envelope(s) were posted and placed in the United States mail at Costa Mesa, California, that same date. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 9, 2006, at Costa Mesa, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

_____Angie Spielman_____          _____(Signature)_____
(Type or print name)

2118/024004-0006
645354.01 a03/13/06